IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

GS HOLISTIC, LLC,

    Plaintiff,

v.

VILET Z LLC d/b/a SMOKY'S and ASHRAF KHALED,

    Defendants.

Case No. 2:23-cv-00781-BHL

Judge Brett H Ludwig

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS

The Plaintiff, GS HOLISTIC, LLC, by and through its attorney, RYAN S. FOJO, makes this request for entry of a default judgment pursuant to Rule 55(b) against Defendants, VILET Z LLC d/b/a SMOKY'S and ASHRAF KHALED, and in support thereof states as follows:

1. The Plaintiff filed its Complaint against the Defendants on June 15, 2023, [DE 1].

2. On June 23, 2023, the Defendant Vilet Z LLC d/b/a Smoky's, and, on June 23, 2023, the Defendant, Ashraf Khaled, were served with the Complaint and Summons [DE].

3. On September 28, 2023, the Plaintiff filed a Motion for Entry of Clerk's Default against the Defendants, VILET Z LLC d/b/a SMOKY'S and ASHRAF KHALED, which was subsequently granted on September 29, 2023. *See* [DE 7].

4. The Plaintiff thus moves for entry of default judgment pursuant to Fed. R. Civ. P. 55(b).

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (561) 232-2222
Case 2:23-cv-00781-BHL    Filed 10/18/23    Page 1 of 4    Document 9

5. In support of the motion, Plaintiff submit the following certifications:

<u>Exhibit A</u>: Affidavit of Attorney Ryan S. Fojo, as to docket review and costs expended.

<u>Exhibit B</u>: Affidavit of Christopher Folkerts, Chief Executive Officer of GS Holistic, LLC, as to statutory damages.

<u>Exhibit C</u>: Affidavit of Christopher Folkerts, Chief Executive Officer of GS Holistic, LLC, as to value of damages

<u>Exhibit D</u>: judgment in GS Holistic, LLC. v. Envirocure, LLC. and, Hassan Abid (22-cv-60463-BLOOM/Valle) for $151,147.89 in statutory damages.

<u>Exhibit E</u>: judgment in GS Holistic, LLC. v. One Stop Vape et al (2:22-cv-04628-SVW-AGR) for $225,000 in statutory damages and $1,482 in costs.

<u>Exhibit F</u>: judgment in GS Holistic, LLC. v. Cali Smoke Depot LLC et al (2:22-cv-06679-SPG-KS) for $150,000 in statutory damages and $1,0999.86 in costs.

<u>Exhibit G</u>: judgment in GS Holistic, LLC. v. Bellair Cigarettes Inc et al One Stop Vape et al (2:22-cv-06363-GW-MRW) for $150,000 in statutory damages and $955.69 in costs.

<u>Exhibit H</u>: judgment in GS Holistic, LLC. v. Pyramids Wholesale et al (2:22-cv-04632-SPG-RAO) for $300,000 in statutory damages and $1,462 in costs.

<u>Exhibit I</u>: judgment in GS Holistic, LLC. v. Smoke Unlimited et al (1:22-cv-21254-FAM) for $250,000 in statutory damages and $563.41 in costs.

<u>Exhibit J</u>: judgment in GS Holistic, LLC. v. Abood Enterprise et al (1:22-cv-06161) for $150,000 in statutory damages and $817 in costs.

<u>Exhibit K</u>: Trademark registration certificate for 6,633,884, 6,174,292, 6,174,291 Marks.

<u>Exhibit L</u>: Pictures of the infringing sale.

6. Plaintiff also submits and relies upon the Memorandum of Law in Support of Statutory Damages, in the amount of $150,000.00.

WHEREFORE, the Plaintiff requests default judgment against VILET Z LLC d/b/a SMOKY'S and ASHRAF KHALED, in the amount of $150,861.62.

Respectfully submitted,
*/s/ Ryan S. Fojo*
Ryan S. Fojo
IL Bar # 6305940
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Serv606@LegalBrains.com
Telephone: 561-232-2222
Attorney for the Plaintiff

3

**THE TICKTIN LAW GROUP**
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (561) 232-2222
Case 2:23-cv-00781-BHL   Filed 10/18/23   Page 3 of 4   Document 9

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2023, the foregoing document was mailed via Certified USPS to Defendants to the addresses in the Service List.

*/s/ Ryan S. Fojo*
Ryan S. Fojo

## SERVICE LIST

Vilet Z LLC d/b/a Smoky's
Owner, Ashraf Khaled
1353 N. 35th St.,
Milwaukee, WI 53208

Ashraf Khaled
1353 N. 35th St.,
Milwaukee, WI 53208