# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| GS Holistic LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 23-cv-0781-bhl |
| Vilet Z LLC and Ashraf Khaled | ) | |
| *Defendants* | ) | |

## DEFAULT JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Default judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $10,000 in statutory damages plus costs of $497.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Brett H. Ludwig

on a motion for default judgment pursuant to Fed. R. Civ. P. 55(b)

Date:   January 10, 2024

CLERK OF COURT

Julie D.
_____
*Signature of Clerk or Deputy Clerk*